ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahk-law.com

Attorneys for Defendant
JUMPSPORT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VULY TRAMPOLINES PTY LTD., an Australia corporation, and VULY USA OPERATIONS CORP., a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUMPSPORT, INC.,<br><br>    Defendant. | Case No.: 3:14-cv-02363-WHA<br><br>**SUBSTITUTION OF ATTORNEYS;** [~~PROPOSED~~ ORDER] |

TO THE HONORABLE JUDGE OF THIS COURT:

PLEASE TAKE NOTICE that Defendant JumpSport, Inc. hereby substitutes Ropers, Majeski, Kohn & Bentley, 50 West San Fernando Street, Suite 1400, San Jose, California 95113, telephone (408) 287-6262, email: mioannou@rmbk.com, as its attorney of record in the place and stead of Adleson, Hess & Kelly as counsel in this action.

I authorize the above substitution:

Dated: August 19, 2014

JUMPSPORT, INC.

By: _____
On behalf of JumpSport, Inc.

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 3:14-cv-02363-WHA         SUBSTITUTION OF ATTORNEYS         1

1  I consent to the above substitution:

2  Dated: August 19, 2014

ADLESON, HESS & KELLY, APC

By: _____

Randy M. Hess

6  I accept the above substitution:

7  Dated: August 20, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____

Michael Ioannou

12  IT IS SO ORDERED.

13  Dated: August 22, 2014.

_____
U.S. DISTRICT COURT JUDGE

ADLESON, HESS &
KELLY, APC
577 Selmer Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 3:14-cv-02363-WHA        SUBSTITUTION OF ATTORNEYS        2