IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VULY TRAMPOLINES PTY LTD.,
an Australia corporation, and VULY
USA OPERATIONS CORP., a
California corporation,

    Plaintiffs,

  v.

JUMPSPORT, INC., a California
corporation,

    Defendant.

No. C 14-02363 WHA

**REQUEST FOR STATUS REPORT**

     In November 2014, Mediator Mark LeHocky filed a certificate of ADR session stating that this patent-infringement action "fully" settled (Dkt. No. 48). Since then, nothing has been filed on the docket. The parties shall please file a joint status report by **APRIL 14 AT NOON**. Please address if and when the parties expect to file a stipulation of dismissal. Please remember that all filings, deadlines, and appearances must be made unless and until a dismissal fully resolving the case is received (Dkt. No. 29).

Dated: April 6, 2015.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE