ROPERS MAJESKI KOHN & BENTLEY PC
MICHAEL J. IOANNOU
mioannou@rmkb.com
50 West San Francisco Street, Suite 1400
San Jose, CA 95113
Telephone: 408-287-6262
Facsimile:  408-918-4501

TAYLOR DUNHAM AND RODRIGUEZ LLP
CABRACH J. CONNOR
cconnor@taylordunham.com
DAVID E. DUNHAM
ddunham@taylordunham.com
SERGIO R. DAVILA
sdavila@taylordunham.com
301 Congress Avenue, Suite 1050
Austin, TX 78701
Telephone:   512-473-2257
Facsimile:    512-478-4409

Attorneys for Defendant/Counter-Claimant
JumpSport, Inc.

SQUIRE SANDERS (US) LLP
Joseph A. Meckes (State Bar #190279)
Email: joseph.meckes@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Plaintiffs/Counter-Defendants
VULY TRAMPOLINES PTY LTD. and
VULY USA OPERATIONS CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VULY TRAMPOLINES PTY LTD., an Australia corporation, and VULY USA OPERATIONS CORP., a California corporation,<br><br>             Plaintiffs/<br>             Counter-Defendants,<br><br>vs.<br><br>JUMPSPORT, INC., a California corporation,<br><br>             Defendant/<br>             Counter-Claimant | Civil Action No. 3:14-cv-02363-WHA<br><br>Hon. William H. Alsup<br><br>**CORRECTED**<br>**JOINT STATUS REPORT** |

Plaintiffs/Counter-Defendants Vuly Trampolines Pty. Ltd. and Vuly USA Operations Corp. and Defendant/Counter-Claimant JumpSport, Inc., file this joint status report pursuant to the Court's August 22, 2014, Order (Dkt. 29).

Since settling this action at mediation in November 2014, the parties have been negotiating the terms of a final settlement agreement. At this time, the parties have reached agreement, and the final settlement agreement is before their respective boards for final approval. The parties expect approval and execution within 72 hours.

Accordingly, the parties expect to submit dismissal papers by Monday, April 27, 2015, and respectfully request an extension until then to submit a joint stipulation of dismissal or otherwise notify the Court of the reasons they are unable to do so.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: April 14, 2014 | TAYLOR DUNHAM AND RODRIGUEZ, LLP |
|   | By: /s/ Cabrach J. Connor |
|   | Cabrach J. Connor |
|   | Attorneys for Defendant and Counter-Claimant JUMPSPORT, INC. |
|   | SQUIRE PATTON BOGGS (US) LLP |
|   | By: /s/ Andrew R. Kruppa |
|   | Andrew R. Kruppa |
|   | Attorney for Plaintiffs and Counter-Defendants VULY TRAMPOLINES PTY LTD. and VULY USA OPERATIONS CORP. |

SIGNATURE ATTESTATION: I hereby attest that I have authorization on file for any signatures indicated by a conformed signature within this e-filed document.

By: /s/ Cabrach J. Connor
Cabrach J. Connor