IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VULY TRAMPOLINES PTY LTD.,
an Australia corporation, and VULY
USA OPERATIONS CORP., a
California corporation,

    Plaintiffs,

  v.

JUMPSPORT, INC., a California
corporation,

    Defendant.

No. C 14-02363 WHA

**ORDER RE STIPULATION
OF DISMISSAL**

In November 2014, the parties reached a settlement. In April 2015, the parties entered into a settlement agreement. Now, the parties have filed a stipulation, stating that "[a]ll Parties' respective claims, counterclaims, causes of action, and requests for relief are **DISMISSED WITH PREJUDICE**, with each Party to bear its own fees and costs associated with them" (Dkt. No. 52). The stipulation is **GRANTED**. The Court will retain jurisdiction to enforce the settlement agreement for six months; any longer will require good cause shown.

**IT IS SO ORDERED.**

Dated: April 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE